IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ROBERT L. MARSHALL                                                      PLAINTIFF

VS.                            CASE NO. 09-CV-4065

SHERIFF DAN MARTIN, Nevada
County; JAILER RAY MARTIN,
Nevada County Jail; and WAYNE
KESSERBURG, Jail Administrator,
Nevada County Jail                                                       DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation filed on December 8, 2009, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 17). Fourteen (14) days have passed without objections being filed by the parties. The Court hereby adopts *in toto* the Magistrate Judge's findings and recommendations.

Accordingly, the Court finds that Plaintiff Robert L. Marshall's Complaint should be and hereby is dismissed on the ground that he has failed to keep the Court and opposing counsel informed of his current address and failed to prosecute this action. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED, this 22nd day of January, 2010.

                                                                   /s/Harry F. Barnes
                                                                Hon. Harry F. Barnes
                                                                United States District Judge