IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ROBERT L. MARSHALL                                                                  PLAINTIFF

VS.                                            CASE NO. 09-CV-4065

SHERIFF DAN MARTIN, Nevada
County; JAILER RAY MARTIN,
Nevada County Jail; and WAYNE
KESSERBURG, Jail Administrator,
Nevada County Jail                                                                  DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation filed on December 8, 2009, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 17).  Fourteen (14) days have passed without objections being filed by the parties.  The Court hereby adopts *in toto* the Magistrate Judge's findings and recommendations.

Accordingly, the Court finds that Plaintiff Robert L. Marshall's Complaint should be and hereby is dismissed on the ground that he has failed to keep the Court and opposing counsel informed of his current address and failed to prosecute this action.  *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED, this 22nd day of January, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/Harry F. Barnes
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Harry F. Barnes
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge